UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Douglas and Victoria Angel

Case No.: 18-14524
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

_____Karen E. Bezner_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle, U.S.B.J. on July 17, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
56 Victoria Avenue
Trenton, New Jersey
Valued at $196,000.00

Liens on property: SPS, $203,933.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee  /s/ Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey 07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 18-14524-CMG
Douglas R Angel                                                          Chapter 7
Victoria L Angel
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jun 18, 2018
                              Form ID: pdf905          Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2018.
```
db/jdb         +Douglas R Angel,    Victoria L Angel,    56 Victoria Ave,    Hamilton, NJ 08610-4135
517375570      +ARS Account Res,    1801 NW 66thAve Ste 200,    Fort Lauderdale, FL 33313-4571
517375572      +CBE Group,    POB 2635,   Waterloo, IA 50704-2635
517375573      +Chase,    POB 24696,   Columbus, OH 43224-0696
517375574      +Chase - Shell,    POB 183018,    Columbus, OH 43218-3018
517375575      +Citibank,    POB 6500,   Sioux Falls, SD 57117-6500
517375576      +Comenity   Victoria Secret,    POB 182789,   Columbus, OH 43218-2789
517415508      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517375577       Direct Merchants Bank,    Card Member Services,    POB 21550,    Tulsa, OK 74121
517375578      +Eichenbaum & Stylianou,    re: RAB   Performance (dc 1147-00),    10 Forest Ave,
                 Paramus, NJ 07652-5238
517375579      +FBCS,    2200 Byberry Rd Ste  120,    Hatboro, PA 19040-3739
517375581     ++GOLD KEY CREDIT INC,    PO BOX 15670,   BROOKSVILLE FL 34604-0122
               (address filed with court: Gold Key Credit Inc,     625 US Hwy 1, Ste 105,    Key West, FL 33040)
517375582      +Hayy Hayt & Landau,    Direct Merchants v Culver DC 3885-02,    POB 500,
                 Eatontown, NJ 07724-0500
517375583      +IC Systems,    re: Banfield Pet,    POB 64378,   Saint Paul, MN 55164-0378
517452886       Kohl's,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517375585      +Law Office of Carl Zapffe,    re: Security Credit v Angel,    7 Francis Lane,
                 Chester, NJ 07930-2806
517375594      +Monterey Collections,    4095 Avenida De L Costa,    Oceanside, CA 92056-5802
517375595       NCO financial,    re: Hamilton Emer Phys,    POB 41418,   Philadelphia, PA 19101
517375597      +Nudelman, Klemm Y Golub,    re: Security Credit Services,    425 eagle Rock Ave, Ste 403,
                 Roseland, NJ 07068-1717
517375598       Portfolio Recovery Srvc,    120 Corp Blvd, Ste 100,    Norfolk, VA 23502
517375602      +Pressler & Pressler,    Re : Midland (DC 13903-10),    7 Entin Rd,    Parsippany, NJ 07054-5020
517375601      +Pressler & Pressler,    Re : Midand (DC 7869-14),    7 Entin Rd,    Parsippany, NJ 07054-5020
517375599      +Pressler & Pressler,    Re : Midland  (L3004-12),    7 Entin Rd,    Parsippany, NJ 07054-5020
517375600      +Pressler & Pressler,    Re : Midland (VJ 3449-15),    7 Entin Rd,    Parsippany, NJ 07054-5020
517532658       RAC Trust,    Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517375603      +RMA Inc,    2420 Sweet Home Rd, Ste 150,    Buffalo, NY 14228-2244
517375604      +Selip & Stylianou,    RAB  Performance (dc 1147-00),    POB 9004,    Woodbury, NY 11797-9004
517375605      +Specialized Loan Servicing,    8742 Lucent Blvd, Ste 300,    Littleton, CO 80129-2386
517375608      +Target Nat'l Bank,    POB 673,    Minneapolis, MN 55440-0673
517375610      +The Hamilton Collection,    9204 Center for the Arts Drive,    Niles, IL 60714-1387
517375611      +The Home Depot,    POB 6497,   Sioux Falls, SD 57117-6497
517375612      +United Collections Bureau,    re: Citi Mastercard,    5620 SOUTHWYCK blvd ste 206,
                 Toledo, OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 18 2018 23:55:34      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 18 2018 23:55:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517375571      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2018 23:52:11      Capital One,
                 POB 30281,   Salt Lake City, UT 84130-0281
517395558      +E-mail/Text: bankruptcy@cavps.com Jun 18 2018 23:55:53      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
517375576      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 18 2018 23:54:59      Comenity   Victoria Secret,
                 POB 182789,   Columbus, OH 43218-2789
517375580      +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2018 23:52:46      GE Capital Retail,    POB 36960,
                 Canton, OH 44735-6960
517375584      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 18 2018 23:54:26      Kohls,    POB 2983,
                 Milwaukee, WI 53201-2983
517375586      +E-mail/Text: ebn@ltdfin.com Jun 18 2018 23:54:58      LTd Financial,    7322 SW FRWY, Ste 1600,
                 Houston, TX 77074-2134
517521101      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 18 2018 23:55:31      MIDLAND FUNDING LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517375587      +E-mail/Text: bkr@cardworks.com Jun 18 2018 23:54:14      Merrick Bank,    POB 9201,
                 Old Bethpage, NY 11804-9001
517375588      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 18 2018 23:55:31      Midland Funding,
                 re:  chase  L 3004-12,    2365 Northside Drive, Ste 300,    San Diego, CA 92108-2709
517375591      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 18 2018 23:55:31      Midland Funding,
                 re:  DC 13903-10,    2365 Northside Drive, Ste 300,    San Diego, CA 92108-2709
517375590      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 18 2018 23:55:31      Midland Funding,
                 re:  Citibank  (DC 7869-14 / DC 3895-13),    2365 Northside Drive, Ste 300,
                 San Diego, CA 92108-2709
517375593      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 18 2018 23:55:31      Midland Funding,
                 re:  vs Angel   J 56622-13,    2365 Northside Drive, Ste 300,    San Diego, CA 92108-2709
517375589      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 18 2018 23:55:31      Midland Funding,
                 re:  VJ 3449-15,    2365 Northside Drive, Ste 300,    San Diego, CA 92108-2709
```

```
District/off: 0312-3          User: admin              Page 2 of 2                 Date Rcvd: Jun 18, 2018
                              Form ID: pdf905          Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517375592       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 18 2018 23:55:31      Midland Funding,
                 re:  vs Angel DJ 34728-15,    2365 Northside Drive, Ste 300,   San Diego, CA 92108-2709
517375596       +E-mail/Text: bankruptcydepartment@tsico.com Jun 18 2018 23:56:18      NCO financial Sys,
                 re:  Applied Card Systems,    POB 15273,   Wilmington, DE 19850-5273
517386409        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2018 23:52:55
                 Portfolio Recovery Associates, LLC,    c/o Victorias Secret,    POB 41067,   Norfolk VA 23541
517375606       +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2018 23:52:47      Sycnb - Lowes,    POB 530970,
                 Atlanta, GA 30353-0970
517375607       +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2018 23:53:27      Syncb / Walmart,    POB 965024,
                 Orlando, FL 32896-5024
517376388       +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2018 23:52:06      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517375609        E-mail/Text: bankruptcy@td.com Jun 18 2018 23:55:37      TD Bank,   POB 219,
                 Lewiston, ME 04243
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2018 at the address(es) listed below:
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Peter E. Zimnis    on behalf of Joint Debtor Victoria L Angel njbankruptcylaw@aol.com
              Peter E. Zimnis    on behalf of Debtor Douglas R Angel njbankruptcylaw@aol.com
              Rebecca Ann Solarz    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
               J.P Morgan Mortgage Acquisition Trust 2007-CH4, Asset Backed Pass-Through Certificates, Series
               2007-CH4 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```