UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: 18-14524-CMG

Douglas R Angel
Victoria L Angel

Chapter: 7

Judge: Gravelle

Debtor(s)

### CERTIFICATION OF NO OBJECTION

I  Alyson M. Guida , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
56 Victoria Avenue, Trenton, New Jersey

JEANNE A. NAUGHTON, Clerk

Date: 7/11/2018    By: Alyson M. Guida

*rev.2/10/17*