**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Douglas R Angel | Social Security number or ITIN  xxx–xx–6563 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Victoria L Angel | Social Security number or ITIN  xxx–xx–4950 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–14524–CMG | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Douglas R Angel

Victoria L Angel
aka Victoria L Culver-Angel, fka Victoria L Culver, fka Victoria L Redwonski

7/13/18

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-14524-CMG
Douglas R Angel                                                         Chapter 7
Victoria L Angel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 2          Date Rcvd: Jul 13, 2018
                              Form ID: 318            Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
```
db/jdb         +Douglas R Angel,    Victoria L Angel,    56 Victoria Ave,    Hamilton, NJ 08610-4135
517375570      +ARS Account Res,    1801 NW 66thAve Ste 200,    Fort Lauderdale, FL 33313-4571
517375572      +CBE Group,   POB 2635,    Waterloo, IA 50704-2635
517375573      +Chase,   POB 24696,    Columbus, OH 43224-0696
517375574      +Chase - Shell,    POB 183018,    Columbus, OH 43218-3018
517415508      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517375578      +Eichenbaum & Stylianou,    re: RAB Performance (dc 1147-00),    10 Forest Ave,
                 Paramus, NJ 07652-5238
517375579      +FBCS,    2200 Byberry Rd Ste 120,    Hatboro, PA 19040-3739
517375581     ++GOLD KEY CREDIT INC,    PO BOX 15670,    BROOKSVILLE FL 34604-0122
               (address filed with court:    Gold Key Credit Inc,    625 US Hwy 1, Ste 105,    Key West, FL 33040)
517375582      +Hayy Hayt & Landau,    Direct Merchants v Culver DC 3885-02,    POB 500,
                 Eatontown, NJ 07724-0500
517375585      +Law Office of Carl Zapffe,    re: Security Credit v Angel,    7 Francis Lane,
                 Chester, NJ 07930-2806
517375594      +Monterey Collections,    4095 Avenida De L Costa,    Oceanside, CA 92056-5802
517375595       NCO financial,    re: Hamilton Emer Phys,    POB 41418,    Philadelphia, PA 19101
517375597      +Nudelman, Klemm Y Golub,    re: Security Credit Services,    425 eagle Rock Ave, Ste 403,
                 Roseland, NJ 07068-1717
517375598       Portfolio Recovery Srvc,    120 Corp Blvd, Ste 100,    Norfolk, VA 23502
517375602      +Pressler & Pressler,    Re : Midland  (DC 13903-10),    7 Entin Rd,    Parsippany, NJ 07054-5020
517375601      +Pressler & Pressler,    Re : Midand (DC 7869-14),    7 Entin Rd,    Parsippany, NJ 07054-5020
517375599      +Pressler & Pressler,    Re : Midland   (L3004-12),    7 Entin Rd,    Parsippany, NJ 07054-5020
517375600      +Pressler & Pressler,    Re : Midland (VJ 3449-15),    7 Entin Rd,    Parsippany, NJ 07054-5020
517532658       RAC Trust,   Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517375603      +RMA Inc,    2420 Sweet Home Rd, Ste 150,    Buffalo, NY 14228-2244
517375604      +Selip & Stylianou,    RAB Performance (dc 1147-00),    POB 9004,    Woodbury, NY 11797-9004
517375605      +Specialized Loan Servicing,    8742 Lucent Blvd, Ste 300,    Littleton, CO 80129-2386
517375610      +The Hamilton Collection,    9204 Center for the Arts Drive,    Niles, IL 60714-1387
517375612      +United Collections Bureau,    re: Citi Mastercard,    5620 SOUTHWYCK blvd ste 206,
                 Toledo, OH 43614-1501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 13 2018 23:35:51     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 13 2018 23:35:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517375571      +EDI: CAPITALONE.COM Jul 14 2018 03:13:00      Capital One,    POB 30281,
                 Salt Lake City, UT 84130-0281
517395558      +E-mail/Text: bankruptcy@cavps.com Jul 13 2018 23:36:11      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517375575      +EDI: CITICORP.COM Jul 14 2018 03:13:00      Citibank,    POB 6500,    Sioux Falls, SD 57117-6500
517375576      +EDI: WFNNB.COM Jul 14 2018 03:13:00      Comenity Victoria Secret,    POB 182789,
                 Columbus, OH 43218-2789
517375577       EDI: HFC.COM Jul 14 2018 03:13:00      Direct Merchants Bank,    Card Member Services,
                 POB 21550,    Tulsa, OK 74121
517375580      +EDI: RMSC.COM Jul 14 2018 03:13:00      GE Capital Retail,    POB 36960,    Canton, OH 44735-6960
517375583      +EDI: IIC9.COM Jul 14 2018 03:13:00      IC Systems,    re: Banfield Pet,    POB 64378,
                 Saint Paul, MN 55164-0378
517452886       EDI: BL-BECKET.COM Jul 14 2018 03:13:00      Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517375584      +EDI: CBSKOHLS.COM Jul 14 2018 03:13:00      Kohls,    POB 2983,    Milwaukee, WI 53201-2983
517375586      +EDI: LTDFINANCIAL.COM Jul 14 2018 03:13:00      LTd Financial,    7322 SW FRWY, Ste 1600,
                 Houston, TX 77074-2134
517521101      +EDI: MID8.COM Jul 14 2018 03:13:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517375587      +EDI: MERRICKBANK.COM Jul 14 2018 03:03:00      Merrick Bank,    POB 9201,
                 Old Bethpage, NY 11804-9001
517375588      +EDI: MID8.COM Jul 14 2018 03:13:00      Midland Funding,    re: chase  L 3004-12,
                 2365 Northside Drive, Ste 300,    San Diego, CA 92108-2709
517375591      +EDI: MID8.COM Jul 14 2018 03:13:00      Midland Funding,    re:  DC 13903-10,
                 2365 Northside Drive, Ste 300,    San Diego, CA 92108-2709
517375590      +EDI: MID8.COM Jul 14 2018 03:13:00      Midland Funding,
                 re: Citibank (DC 7869-14 / DC 3895-13),    2365 Northside Drive, Ste 300,
                 San Diego, CA 92108-2709
517375593      +EDI: MID8.COM Jul 14 2018 03:13:00      Midland Funding,    re: vs Angel  J 56622-13,
                 2365 Northside Drive, Ste 300,    San Diego, CA 92108-2709
517375589      +EDI: MID8.COM Jul 14 2018 03:13:00      Midland Funding,    re:  VJ 3449-15,
                 2365 Northside Drive, Ste 300,    San Diego, CA 92108-2709
517375592      +EDI: MID8.COM Jul 14 2018 03:13:00      Midland Funding,    re: vs Angel  DJ 34728-15,
                 2365 Northside Drive, Ste 300,    San Diego, CA 92108-2709
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jul 13, 2018
                              Form ID: 318             Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517375596      +E-mail/Text: bankruptcydepartment@tsico.com Jul 13 2018 23:36:46      NCO financial Sys,
                 re: Applied Card Systems,   POB 15273,   Wilmington, DE 19850-5273
517386409       EDI: PRA.COM Jul 14 2018 03:13:00      Portfolio Recovery Associates, LLC,
                 c/o Victorias Secret,   POB 41067,   Norfolk VA 23541
517375606      +EDI: RMSC.COM Jul 14 2018 03:13:00      Sycnb - Lowes,   POB 530970,   Atlanta, GA 30353-0970
517375607      +EDI: RMSC.COM Jul 14 2018 03:13:00      Syncb / Walmart,   POB 965024,   Orlando, FL 32896-5024
517376388      +EDI: RMSC.COM Jul 14 2018 03:13:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517375609       EDI: TDBANKNORTH.COM Jul 14 2018 03:13:00      TD Bank,   POB 219,   Lewiston, ME 04243
517375608      +EDI: WTRRNBANK.COM Jul 14 2018 03:13:00      Target Nat'l Bank,   POB 673,
                 Minneapolis, MN 55440-0673
517375611      +EDI: CITICORP.COM Jul 14 2018 03:13:00      The Home Depot,   POB 6497,
                 Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 28

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2018 at the address(es) listed below:
          Karen E. Bezner    Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Peter E. Zimnis    on behalf of Joint Debtor Victoria L Angel njbankruptcylaw@aol.com
          Peter E. Zimnis    on behalf of Debtor Douglas R Angel njbankruptcylaw@aol.com
          Rebecca Ann Solarz    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
           J.P Morgan Mortgage Acquisition Trust 2007-CH4, Asset Backed Pass-Through Certificates, Series
           2007-CH4 rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```